UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH STEVENSON, *individually and on behalf of all others similarly situated*,<br><br>                    Plaintiff,<br><br>    v.<br><br>MAPLE HILL CREAMERY, LLC,<br><br>                    Defendant. | Case No. 21 CV 9559 (JPC)<br><br>**NOTICE OF SETTLEMENT** |

Defendant Maple Hill Creamery, LLC and Plaintiff Sarah Stevenson hereby jointly notify the Court that the Parties have reached a contemplated settlement in principle. Accordingly, the Parties respectfully request a stay of proceedings, for the Court to cancel all dates *sine die*, and to afford the parties 30-days to memorialize their settlement in writing and file a notice of dismissal with the Court.

Dated: New York, New York
        May 6, 2022

DAVIS WRIGHT TREMAINE LLP

By:*/s/ John M. Magliery*
        John M. Magliery
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Tel: (212) 603-6444
JohnMagliery@dwt.com

*Attorneys for Defendant Maple Hill Creamery, LLC*