UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
SARAH STEVENSON, *individually and on behalf of all* :
*others similarly situated*, :
:
                       Plaintiff, :        21 Civ. 9559 (JPC)
:
         -v-                                 :          ORDER
:
MAPLE HILL CREAMERY, LLC, :
:
                       Defendant. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       In light of the stipulation of dismissal filed by the parties and signed by both Derek Potts, counsel for Plaintiff Sarah Stevenson and for the proposed class, and John M. Magliery, counsel for Defendant Maple Hill Creamery, LLC, *see* Exh. A; *accord* Dkt. 30, the Clerk of Court is respectfully directed to close this case.

       SO ORDERED.

Dated: July 10, 2023                                  _____
      New York, New York                             JOHN P. CRONAN
                                                     United States District Judge

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SARAH STEVENSON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MAPLE HILL CREAMERY, LLC <br><br> Defendant. | Case No.: 1:21-CV-09559-JPC <br><br> CLASS ACTION COMPLAINT |

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41

IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel indicated below, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above captioned action is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: July 22, 2022                                                                 Respectfully submitted,

| THE POTTS LAW FIRM, LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By:/s/ Derek Potts <br> Derek H. Potts N.Y. 824475 <br> 3737 Buffalo Speedway, Suite 1900 <br> Houston, Texas 77098 <br> Telephone: (713) 963-8881 <br> Facsimile: (713) 583-5388 <br> Email: dpotts@potts-law.com <br><br> Timothy L. Sifers (*Pro Hac Vice*) <br> Nathaniel Scearcy (*Pro Hac Vice*) <br> 1901 W. 47th Place, Suite 210 <br> Westwood, Kansas 66205 <br> Telephone: (816) 931-2230 <br> Facsimile: (816) 931-7030 <br> Email: tsifers@potts-law.com <br> nscearcy@potts-law.com <br><br> *Counsel for Plaintiff & the Proposed Class* | By:/s/ John M. Magliery <br> John M. Magliery <br> 1251 Avenue of the Americas, 21st Floor <br> New York, New York 10020 <br> Tel: (212) 603-6444 <br> JohnMagliery@dwt.com <br> *Counsel for Defendant Maple Hill Creamery, LLC* |